# Third District Court of Appeal

## State of Florida

Opinion filed July 14, 2021.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D20-522
Lower Tribunal No. 16-8560
_____

**Timothy Lenahan,**
Appellant,

vs.

**Shannon Lenahan,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Lody Jean, Judge.

Lavalle, Brown & Ronan, P.A., Anthony D. Brown and Jeff M. Brown (Boca Raton), for appellant.

Taylor Espino Vega & Touron, PLLC, Francisco Touron, III and Vanessa A. Van Cleaf, for appellee.

Before FERNANDEZ, C.J., and MILLER, and LOBREE, JJ.

PER CURIAM.

Affirmed.